August 27, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

DOMINIC MARROCCO, Appellant

NO. 14-14-00137-CV                    V.

MARK HILL, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Mark Hill, signed December 9, 2013, was heard on the transcript of the record. We have inspected the record and find no evidence of quantum meruit damages. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellee, Mark Hill, take nothing on his quantum meruit claim.

We further order that all costs incurred by reason of this appeal be paid by appellee, Mark Hill.

We further order this decision certified below for observance.